```
Form 27 - GENERAL PURPOSE
            MAYERSON & ASSOCIATES
            ATTN: MAURICIO BERTONE
U.S. DIST. COURT        SOUTHERN/NY    COUNTY
------------------------------------------------
                                                    Index No. 07CV10550
P.S. AND K.S. ON BEHALF OF M.S.        plaintiff
                                                    Date Filed  ............
            - against -
                                                    Office No.
NEW YORK CITY DEPARTMENT OF            defendant
EDUCATION                                           Court Date:    /  /
------------------------------------------------
      STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:
```

**BRETT M. GOLUB**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the **27th  day of November, 2007**      at  **03:13 PM.,**                at
   %**MICHAEL A. CARDOZO ESQ. CORP.COUNSEL THE CITY OF
   NEW YORK LAW DEPT. 100 CHURCH ST.NY,NY 4FL**
I served a true copy of the
   **SUMMONS AND COMPLAINT
   JUDGES RULES**

upon **NEW YORK CITY DEPARTMENT OF EDUCATION**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **TAMEKA MENDES-GAMMON--CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
   SEX: **FEMALE**         COLOR: **BLACK**        HAIR: **BLACK**
   APP. AGE: **30**        APP. HT: **5:8**        APP. WT: **130**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
27th  day of  November, 2007i

SAMSON NEWMAN
Notary Public, State of New York
   No.01NE-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2009

BRETT M. GOLUB   1239212
AETNA  CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7MA795227