



JAN 10 2008

THE CITY OF NEW YORK

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

STEVEN D. WEBER
phone: 212-788-0957
fax: 212-788-0940
email: stweber@law.nyc.gov

January 10, 2008

**BY FAX**
Hon. Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08
```

      Re:  P.S. and K.S., on behalf of M.S. v. New York City Dept. of Education,
           07 CV 10550 (RJH)

Dear Judge Holwell:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel Michael A. Cardozo. I write on behalf of Defendant New York City Department of Education ("NYCDOE") to respectfully request a 30 day extension of time for the NYCDOE to respond to the complaint in the above captioned matter, from January 15, 2008 until February 14, 2008. This is the second request for an extension of time in this matter. Plaintiffs consent to this request.

      As previously set forth in Defendant's first request for an extension of time, the sole issue presented in this action is Plaintiffs' request for attorney's fees, which Plaintiffs allege they are entitled to on the grounds that they substantially prevailed at an administrative hearing relating to the educational placement of their child, M.S. The NYCDOE has a process for obtaining fees in this context, which Plaintiff has chosen not to utilize. Rather, Plaintiffs have instead opted to seek relief from this Court in the first instance.

      In an effort to avoid protracted litigation, and to conserve judicial resources, on December 7, 2007, and most recently on January 8, 2008, Defendant requested that Plaintiffs provide a settlement demand, and the underlying billing records. To date, Plaintiffs have not yet provided such information. However, Plaintiffs have recently indicated that they will forward those records to the Defendant shortly. The NYCDOE is hopeful that Plaintiffs will in fact provide such materials promptly. An extension of time will enable the NYCDOE to review those records and explore the possibility of settlement.

SO ORDERED

1/16/08

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

2

       Thank you for your consideration of this request for an extension of time to respond to the complaint until February 14, 2008.

                                                  Respectfully,

                                                  Steven D. Weber (SW-7627)
                                                  Assistant Corporation Counsel

cc:    **BY FAX**
       Gary S. Mayerson
       Mayerson & Associates
       330 West 38th Street, Suite 600
       New York, New York 10580

2