UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

P.S. and K.S., on behalf of M.S.,

                           Plaintiffs,

          -v-

New York City Department of Education,

                          Defendant.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 CV 10550 (RJH)

      **PLEASE** enter the appearance of the undersigned, as lead attorney and attorney to be noticed, on behalf of the defendant NEW YORK CITY DEPARTMENT OF EDUCATION in the above-titled action.

Dated:    New York, New York
             February 13, 2008

                                                  MICHAEL A. CARDOZO
                                                  Corporation Counsel of the
                                                    City of New York
                                                  Attorney for Defendants
                                                  100 Church Street, Room 2-306
                                                  New York, N.Y. 10007
                                                  (212) 788-0957
                                                  e-mail: stweber@law.nyc.gov

                                                  By: _____
                                                      Steven D. Weber (SW-7627)
                                                       Assistant Corporation Counsel

CC: Gary Mayerson, attorney for plaintiffs (BY ECF)