


RECEIVED
FEB - 9 2008
CHAMBERS OF
RICHARD J. HOLWELL

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

STEVEN D. WEBER
phone: 212-788-0957
fax: 212-788-0940
email: stweber@law.nyc.gov

February 8, 2008

**BY FAX**
Hon. Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

Re: P.S. and K.S., on behalf of M.S. v. New York City Dept. of Education,
07 CV 10550 (RJH)

Dear Judge Holwell:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel Michael A. Cardozo. I write on behalf of Defendant New York City Department of Education ("NYCDOE") to respectfully request an extension of time for the NYCDOE to respond to the Complaint in the above-referenced matter, from February 14, 2008, until March 6, 2008. This is the third request for an extension of time in this matter. Plaintiffs consent to this request.

As previously set forth in Defendant's first and second requests for an extension of time, the sole issue presented in this action is Plaintiffs' request for attorney's fees, which Plaintiffs allege they are entitled to on the grounds that they substantially prevailed at an administrative hearing relating to the educational placement of their child, M.S. The additional time is necessary for the parties to continue discussing the possibility of settlement.

Thank you for your consideration of this request for an extension of time to respond to the Complaint until March 6, 2008.

Application Granted.
No further extensions.
SO ORDERED
[signature] 2/14/08

Respectfully,

[signature]
Steven D. Weber (SW-7627)
Assistant Corporation Counsel

cc: Gary S. Mayerson, attorney for Plaintiffs (by fax)