

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

STEVEN D. WEBER
phone: 212-788-0957
fax: 212-788-0940
email: stweber@law.nyc.gov

March 19, 2008

**BY FAX**
Hon. Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/08
```

Re: P.S. and K.S., on behalf of M.S. v. New York City Dept. of Education,
07 CV 10550 (RJH)

Dear Judge Holwell:

I am an Assistant Corporation Counsel assigned to represent the Defendant New York City Department of Education ("NYCDOE") in the above-referenced case. I am writing to respectfully inform the Court that the parties have successfully reached a settlement agreement as to attorney's fees and are currently in the process of drafting and finalizing the necessary stipulation and releases to complete the settlement agreement. Accordingly, Defendant respectfully requests a two week extension from March 21, 2008, until April 4, 2008, to submit to the Court the necessary stipulation and releases. This is the second request for an extension of time to complete and submit the necessary settlement paperwork. Plaintiffs consent to this request.

Thank you for your consideration of this request for an extension of time until April 4, 2008.

Application Granted
SO ORDERED
[signature]
USDJ
3/20/08

Respectfully,

[signature]
Steven D. Weber
Assistant Corporation Counsel

cc: **BY FAX**
Gary S. Mayerson, attorney for Plaintiffs